NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE HTC CORPORATION AND HTC AMERICA, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 130

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-112, Judge Rodney Gilstrap.

ON PETITION

---

### ORDER

HTC Corporation and HTC America, Inc. submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying a motion to transfer the case to the United States District Court for the Northern District of California and to direct the Eastern District of Texas to transfer the case.

Upon consideration thereof,

IT IS ORDERED THAT:

MobileMedia Ideas LLC is directed to respond no later than June 13, 2012.

FOR THE COURT

**MAY 3 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Yar R. Chaikovsky, Esq.
Samuel F. Baxter, Esq.
United States District Court for the Eastern District
of Texas, Clerk

s8